```
                                                          USDC SDNY
UNITED STATES DISTRICT COURT                              DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                             ELECTRONICALLY FILED
-------------------------------------------------------X  DOC #:_____
                                                       :  DATE FILED:  03/13/2020
   INTERESTED LLOYDS UNDERWRITERS,                     :
                                                       :
                                    Plaintiff,         :
                                                       :     19-cv-11493 (VEC)
               -against-                               :
                                                       :          ORDER
                                                       :
   DHL GLOBAL FORWARDING,                              :
                                                       :
                                    Defendant.         :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial conference is currently scheduled for April 10, 2020;

IT IS HEREBY ORDERED that the conference is adjourned to **April 17, 2020, at 11:00 A.M.**, to minimize travel during the next 30 days for reasons of public health. The parties' joint pre-conference submissions are due no later than **April 10, 2020**.

**SO ORDERED.**

Date: **March 13, 2020**                    _____
      **New York, New York**                  **VALERIE CAPRONI**
                                                 **United States District Judge**